# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Dominick Baum**<br>DOB: 1994; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04488MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 1, 2020, in the District of Arizona, **Dominick Baum**, knowing and in reckless disregard of the fact that certain illegal aliens, including Javier Cano-Soriano, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 1, 2020, in the District of Arizona (Amado), a red Chevrolet Cobalt with a male driver later identified as **Dominick Baum** approached United States Border Patrol Agents (BPA) at primary inspection at I-19 checkpoint. BPA asked **Baum** if there was anything in the trunk. **Baum** exhibited nervous behavior before saying "there's' three guys in the trunk." BPA placed **Baum** under arrest for alien smuggling and removed three individuals from the trunk. The three individuals were determined to all be citizens of Mexico unlawfully present in the United States. One individual was identified as Javier Cano-Soriano.

Material witness Javier Cano-Soriano said that he had arranged to be smuggled into the United States for money. Additionally Cano stated the driver of a small four door vehicle instructed him to get in the trunk and to remain quiet. Cano stated that he had great fear for his life while inside the trunk of the vehicle.

In a post-*Miranda* statement, **Baum** said that he was asked to transport illegal aliens for money. **Baum** stated that he was to be paid $800 USD for the individuals transported.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Javier Cano-Soriano

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA Josh Ackerman/jjo /ACA<br><br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br>JOHN J O CONNOR III<br>Digitally signed by JOHN J O CONNOR<br>Date: 2020.04.02 11:21:24 -07'00'<br><br>OFFICIAL TITLE<br>Border Patrol Agent John J. O'Connor |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>April 2, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54